# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1564

———————————————

K.N.R., Father of R.R.W., a
Minor Child,

      Appellant,

      v.

The Garmon Law Firm, PLLC,
Joseph Niner, and Krystal
Niner,

      Appellees.

———————————————

On appeal from the Circuit Court for Bay County.
Russell S. Roberts, Judge.

January 20, 2026

Per Curiam.

      Affirmed.

Lewis, Rowe, and Nordby, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for Appellant.

Jenna Garmon of The Garmon Law Firm, PLLC, Panama City, for Appellees.